# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SYLVANIS JACKSON,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF NEVADA,<br><br>        Defendant. | 2:10-CV-1920 JCM (PAL) |

**ORDER**

Presently before the court is defendants State of Nevada, et. al.'s motion to dismiss amended complaint. (Doc. #19). Plaintiff Sylvanis Jackson filed a *pro se* opposition. (Doc. #21). Defendants then filed a reply. (Doc. #23).

Plaintiff filed his first amended complaint on October 7, 2011. (Doc. #14). The complaint alleges three causes of action: (1) false imprisonment, (2) malicious prosecution, and (3) intentional infliction of emotional distress. (Doc. #14). The complaint broadly alleges that "this [c]ourt is the proper [c]ourt of jurisdiction to hear this matter. (Doc. #14). Defendants now move to dismiss the complaint, arguing: (1) lack of federal question jurisdiction and (2) eleventh amendment immunity. (Doc. #23).

Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." The "well-pleaded complaint rule" provides that "federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar Inc. v. Williams*, 482 U.S.

**James C. Mahan**
**U.S. District Judge**

1   386, 392 (1987). Further, Nevada Local Rule 8-1 states that "[t]he first allegation of any complaint

2   . . . shall state the statutory or other basis of claimed federal jurisdiction and the facts in support

3   thereof."

4       Plaintiff's bare assertion that this court is "the proper [c]ourt of jurisdiction to hear this

5   matter" fails to adequately present a federal question. *See Caterpillar Inc.*, 482 U.S. at 392. Plaintiff

6   argues that his complaint "clearly indicate[s]" that he has been denied constitutional due process

7   rights. (Doc. #19). However, the complaint does not assert a due process claim. (*See* Doc. #14).

8   Instead, plaintiff's three claims – false imprisonment, malicious prosecution, and intentional

9   infliction of emotional distress – all sound in state tort law. Therefore, plaintiff has failed to present

10  a federal question "on the face of the plaintiff's properly pleaded complaint." *Caterpillar Inc.*, 482

11  U.S. at 392.

12      Accordingly,

13      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants State of

14  Nevada, et. al.'s motion to dismiss amended complaint (doc. #19) be, and the same hereby is,

15  GRANTED.

16      DATED December 23, 2011.

18                                                                                                       UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -