1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SYLVANIS JACKSON,

          Plaintiff,

v.

STATE OF NEVADA,

          Defendant.

2:10-CV-1920 JCM (PAL)

**ORDER**

Presently before the court is defendants State of Nevada, et. al.'s motion to strike plaintiff's second amended complaint. (Doc. #28). Plaintiff Sylvanis Jackson did not file an opposition.

On December 23, 2011, the court granted defendants' motion to dismiss (doc. #24), and the clerk entered final judgment on the same day (doc. #25). On February 3, 2012, plaintiff filed a second amended complaint against all defendants. (Doc. #27). Plaintiff did not seek leave to file an amended complaint or for relief from the previous final judgment. Accordingly, defendants now move to strike the second amended complaint. (Doc. #28).

Pursuant to Nevada Local Rule 7-2(d), "the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

Good cause appearing, and there being no opposition,

. . .

. . .

. . .

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants State of Nevada, et. al.'s motion to strike plaintiff's second amended complaint (doc. #28) be, and the same hereby is, GRANTED.

DATED June 4, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**