UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SYLVANIS JACKSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA,<br><br>　　　　　Defendant. | 2:10-CV-1920 JCM (PAL) |

**ORDER**

Presently before the court is defendants State of Nevada, et. al.'s motion to strike plaintiff's second amended complaint. (Doc. #28). Plaintiff Sylvanis Jackson did not file an opposition.

On December 23, 2011, the court granted defendants' motion to dismiss (doc. #24), and the clerk entered final judgment on the same day (doc. #25). On February 3, 2012, plaintiff filed a second amended complaint against all defendants. (Doc. #27). Plaintiff did not seek leave to file an amended complaint or for relief from the previous final judgment. Accordingly, defendants now move to strike the second amended complaint. (Doc. #28).

Pursuant to Nevada Local Rule 7-2(d), "the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

Good cause appearing, and there being no opposition,

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants State of
2  Nevada, et. al.'s motion to strike plaintiff's second amended complaint (doc. #28) be, and the same
3  hereby is, GRANTED.
4  DATED June 4, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -